IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET M. HOFFMAN

v.

MICHAEL J. ASTRUE, et al.

CIVIL ACTION

NO. 08-2044

## ORDER

AND NOW, this 18th day of FEBRUARY, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's responses thereto, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation if APPROVED and ADOPTED.

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

RONALD L. BUCKWALTER, J.